IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DERRICK LAMONT ALLEN**                                                    **PLAINTIFF**

V.                      **CASE NO. 4:18-CV-631-KGB-BD**

**S. BROWN**                                                                **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Mr. Allen may file written objections to this Recommendation. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Allen risks waiving any right to appeal questions of fact.

**II.**     **Discussion:**

Plaintiff Derrick Lamont Allen filed this lawsuit without the help of a lawyer on September 4, 2018. (Docket entry #1) Mr. Allen did not file an application to proceed *in forma pauperis* ("IFP"); nor did he submit a filing fee. On September 6, 2018, the Court ordered Mr. Allen to address the filing fee requirement by completing an IFP application or by paying a $400 filing fee. (#2)

The Clerk of Court mailed Mr. Allen a copy of his complaint, but on September 10, that mail was returned marked "undeliverable." (#3) On September 11, the Court ordered Mr. Allen to update his address with the Court, as required by Local Rule 5.5, within thirty days. (#4) The Court specifically cautioned Mr. Allen that his claims could be dismissed if he failed to comply with the Order. (#4) Since then, the Court's September 6 Order and its September 11 Order have been returned to the Court as "undeliverable." (#5, #6)

Plaintiffs who are not represented by counsel must notify the Court of a current address. Local Rule 5.5. If the Court is unable to contact parties, cases cannot proceed. Mr. Allen has failed to notify the Court of his current address, as ordered, and the time for complying with the Court's September 11 Order has passed.

### III. Conclusion:

The Court recommends that Mr. Allen's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's September 11, 2018 Order.

DATED this 18th day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE