# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DERRICK LAMONT ALLEN**                                                                 **PLAINTIFF**

v.                            Case No. 4:18-cv-00631-KGB-BD

**S. BROWN, Transport Deputy,**
**Pulaski County Jail**                                                                  **DEFENDANT**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 7). Plaintiff Derrick Lamont Allen filed untimely objections to the Recommended Disposition, but the Court will consider them (Dkt. No. 10). After careful review of the Recommended Disposition, a *de novo* review of the record, and a review of Mr. Allen's objections, the Court holds under advisement the Recommended Disposition for 30 days (Dkt. No. 7). The Clerk of Court is directed to send to Mr. Allen an application to proceed *in forma pauperis*. If Mr. Allen does not file with the Court a completed *in forma pauperis* application within 30 days, the Court will adopt the Recommended Disposition and dismiss without prejudice Mr. Allen's complaint.

On September 4, 2018, Mr. Allen filed a complaint alleging that, after being transported from "Circuit Court, to intake by Deputy Newburn," he was sexually assaulted during a code blue by Deputy S. Brown (Dkt. No. 1). Mr. Allen alleges that Deputy Brown said that Mr. Allen "[has] been fucked in the ass" and that he has AIDS (*Id.*). Mr. Allen asserts that this is a false allegation and a violation of the Health Insurance Portability and Accountability Act ("HIPPA") (*Id.*). Mr. Allen requests that this matter be federally investigated (*Id.*).

On September 11, 2018, after mail from the Court was returned to the Court marked as "undeliverable," Judge Deere entered an Order directing Mr. Allen to notify the Court of his new

address within 30 days (Dkt. No. 4). After Mr. Allen did not notify the Court of his new address within 30 days, Judge Deere submitted a Recommended Disposition on October 18, 2018, recommending that Mr. Allen's claims be dismissed without prejudice based on his failure to comply with the Court's September 11, 2018, Order (Dkt. No. 7).

On November 20, 2018, Mr. Allen filed a notice of change of address (Dkt. No. 9), and on December 3, 2018, Mr. Allen filed objections to the Recommended Disposition (Dkt. No. 10). In the objections, Mr. Allen asserts that he did inform "the clerks" that he was released from jail and that he gave "the clerks" his new address (*Id.*). He further asserts that, since his release, "several motions have been filed" and that he has received mail at his current address (*Id.*). Mr. Allen submits that mail that was addressed to him at the county jail was held "for well longer than the norm" and that this delay had a negative impact on his case (*Id.*). Mr. Allen represents that he has no funds, savings, or income, and he asks for an application to proceed *in forma pauperis* (*Id.*).

After careful review of the Recommended Disposition, a *de novo* review of the record, and a review of Mr. Allen's objections, the Court holds under advisement the Recommended Disposition for 30 days (Dkt. No. 7). The Clerk of Court is directed to send to Mr. Allen an application to proceed *in forma pauperis*. If Mr. Allen does not file with the Court a completed *in forma pauperis* application within 30 days, the Court will adopt the Recommended Disposition and dismiss without prejudice Mr. Allen's complaint.

It is so ordered this 5th day of September, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge