IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DERRICK LAMONT ALLEN**                                                                    **PLAINTIFF**

v.                                    Case No. 4:18-cv-00631-KGB-BD

**S. BROWN, Transport Deputy,**
**Pulaski County Jail**                                                                     **DEFENDANT**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 7). On September 5, 2019, this Court entered an order stating that it would hold under advisement the Recommended Disposition for 30 days (Dkt. No. 11). The Court directed the Clerk of Court to send Mr. Allen an application to proceed *in forma* pauperis and cautioned Mr. Allen that if he did not file with the Court a completed *in forma pauperis* application within 30 days, the Court would adopt the Recommended Disposition and dismiss without prejudice Mr. Allen's complaint (*Id.*). More than 30 days have passed since the Court entered its order, and Mr. Allen has not filed with the Court a completed *in forma pauperis* application. Therefore, the Court adopts the Recommended Disposition (Dkt. No. 7) and dismisses without prejudice Mr. Allen's complaint (Dkt. No. 1).

It is so ordered this 23rd day of June, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge