IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DERRICK LAMONT ALLEN                                                                PLAINTIFF

v.                               Case No. 4:18-cv-00631-KGB-BD

S. BROWN, Transport Deputy,
Pulaski County Jail                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Derrick Lamont Allen's complaint is dismissed without prejudice (Dkt. No. 1).

It is so adjudged this 23rd day of June, 2021.

_____
Kristine G. Baker
United States District Judge